| | | |
|---|---|---|
| **WASHINGTON DOS SANTOS** | * | **NO. 2023-C-0559** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **USAA CASUALTY INSURANCE COMPANY,** | * | **FOURTH CIRCUIT** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY AND** | * | **STATE OF LOUISIANA** |
| **CARRIE ANN RAINEY** | * | |
| | * | |

\* \* \* \* \* \* \*

**DNA** **ATKINS, J., CONCURS IN THE RESULT.**